■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIKO THOMPSON, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Thorp, J.), rendered December 13, 1989, convicting him of criminal pos-

session of a controlled substance in the fifth degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.